**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CLIFTON WARNER,
ADC #651119                                                                                              PLAINTIFF

V.                                          4:09CV00091 JLH/JTR

STATE OF ARKANSAS; and
UNIVERSITY OF ARKANSAS MEDICAL SCIENCES                          DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.   Pursuant to the screening function mandated by 28 U.S.C. § 1915A, this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim on which relief may be granted.

2.   Dismissal of this action CONSTITUTES a "strike," as defined by 28 U.S.C. § 1915(g).

3.   The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 8th day of April, 2009.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE